UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,
        Plaintiff,
v.

        **Case No. 18-CR-154**

**VAN MAYES**,
        Defendant,

### MOTION FOR TRAVEL

    **COMES NOW** the above-named defendant, Van Mayes, through Attorney Robert LeBell, and moves the court for an order to allow Mr. Mayes to travel as outlined below:

    Mr. Mayes will be traveling from Milwaukee, Wisconsin to Kent, Ohio for an academic gathering. He will be leaving around 7AM on April 16th and returning at 8:00PM on April 17th. He will be staying overnight at the Econo Lodge Kent – Akron West at 4386 SR-43, Kent Ohio 44240.

    Counsel has conferred with AUSA Chris Ladwig who takes no position.

    Counsel contacted USPO Tremaine White, who takes no position.

    Dated at Milwaukee, Wisconsin this 15th day of April 2024.

                      Respectfully submitted,

/s/ *Robert G. LeBell*
Robert G. LeBell, 01015710
788 N. Jefferson St, Suite 740
Milwaukee, WI 53202
Telephone: (414) 276-1233

2

Case 2:18-cr-00154-PP   Filed 04/15/24   Page 2 of 3   Document 228